UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

MICHAEL ROCCAFORTE,
                Defendant.
------------------------------------------------------------X

11 CR. 12 (RMB)

**ORDER**

      The Court will hold a telephone status conference on Monday, July 20, 2020 at 10:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1205

Dated: June 18, 2020
       New York, NY

                                            RICHARD M. BERMAN
                                                U.S.D.J.