**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                11 CR. 12 (RMB)
   -against-

                                                                                <u>**ORDER**</u>

MICHAEL ROCCAFORTE,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Monday, July 20, 2020 at 10:30 AM is hereby rescheduled to Wednesday, August 5, 2020 at 10:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1205

Dated: July 10, 2020
       New York, NY

                                                                     _____
                                                                         RICHARD M. BERMAN
                                                                               U.S.D.J.