**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                       11 CR. 12 (RMB)
   -against-

                                                                       **ORDER**

MICHAEL ROCCAFORTE,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Wednesday, August 5, 2020 at 10:30 AM is hereby rescheduled to Monday, August 24, 2020 at 9:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1205

Dated: July 22, 2020
       New York, NY

                                                               _/s/ Richard M. Berman_
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.