**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

MICHAEL ROCCAFORTE,
                Defendant.
------------------------------------------------------------X

11 CR. 12 (RMB)

**ORDER**

      The status conference previously scheduled for Tuesday, January 20, 2021 at 10:00 AM is hereby rescheduled to Thursday, February 18, 2021 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1205

Dated: January 14, 2021
       New York, NY

                                          _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.