**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                    11 CR. 12 (RMB)

   -against-

                                                                   **ORDER**

MICHAEL ROCCAFORTE,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, December 13, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1205

Dated: December 9, 2021
       New York, NY

                                                   _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.